IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

FILED-CLERK
U.S. DISTRICT COURT

02 MAR 13  AM 10: 15

TEXAS-EASTERN

BY _____

| | | |
|---|---|---|
| JUNE ANN EWING, INDIVIDUALLY | § | |
| and as Executrix of the Estate of | § | |
| BARRY KEITH EWING, | § | |
| JUSTIN THOMAS EWING, INDIVIDUALLY, | § | CIVIL ACTION NO. 5:02CV004 |
| and JORDAN LINLEY EWING, | § | (Jury Demanded) |
| Individually | § | |
| | § | |
| vs | § | JUDGE: FOLSOM |
| | § | |
| CUSTOM CONCRETE PUMPING | § | |
| COMPANY, LLC and CUSTOM | § | |
| CONCRETE, INC. | § | |

## THIRD PARTY COMPLAINT

COME NOW, the Defendants, CUSTOM CONCRETE PUMPING COMPANY, LLC, and CUSTOM CONCRETE, INC. (hereinafter "Custom Concrete"), and now becoming Third Party Plaintiffs, and complain of Richard Powell, Individually and d/b/a Powell Exxon Burger King and Road-Way Food Mart, Inc. (hereinafter "Powell"), and would respectfully show unto the Court as follows:

I.

Third Party Defendant, Richard Powell, is an individual Defendant who may be served with a summons at his business address, 1107 College Drive, Texarkana, TX 75501. Third Party Defendant, Road-Way Food Mart, Inc., is a Texas Corporation and may be served by serving its Registered Agent, Richard G. Powell at its corporate headquarters, 1107 College Drive, Texarkana, TX 75501.

Third Party Complaint                    Page 1 of 4

II.

Heretofore, on or about September 19, 2000, Barry Keith Ewing, owner of Ewing Concrete, was working as a concrete contractor at a job site located at the southeast corner of U.S. Highway 67 and U.S. Highway 59 in Texarkana, Texas.  The premises on which Ewing was working was owned and controlled by Powell.   Powell was also the general contractor on the work that was being done and Ewing was a subcontractor under Powell, doing the concrete work necessary to be done for the erection of the building and improvements, which Powell wanted completed on the above described premises.  Ewing, as subcontractor, rented the use of Custom Concrete's truck-mounted concrete boom truck.  The truck-mounted boom was rented at an hourly rate and Eddie Huschelpeck, an employee of Custom Concrete, was the driver of said concrete boom truck working under the direction and supervision of Powell and Ewing.

III.

As is described in Plaintiffs' Original Complaint on file herein, an accident ensued while Ewing was doing the work for Powell, the general contractor, on premises owned, controlled, and supervised by Powell.   Defendants and Third Party Plaintiffs have denied all liability for said accident, and further, as Third Party Plaintiffs, say that they are entitled to indemnity, or in the alternative to contribution, from Powell for the following negligent and improper conduct of which Powell was guilty to-wit:

A.     The violation of Articles 752.003 thru 752.006 of the Texas Health and Safety Code;

B.     Failing to supervise the work that was being done; and,

C.     Failure to employ sufficient personnel to safely perform the assigned job.

Third Party Plaintiffs say that the acts of negligence above described on the part of Powell

were either the sole proximate cause, a proximate cause, or a contributing cause to the accident which befell Barry Ewing on September 19, 2000, and his resulting death and the damages which are alleged by the Plaintiffs herein.

PRAYER

Third Party Plaintiffs therefore pray that summons issue, compelling Third Party Defendants to appear and answer this Third Party Complaint, and that on trial of this matter, that Third Party Plaintiffs have recovery of complete indemnity and/or contribution from the Third Party Defendants. They further pray for all relief all further relief to which they may be entitled at law or in equity.

Respectfully submitted,

ATCHLEY, RUSSELL, WALDROP
& HLAVINKA, L.L.P.
1710 Moores Lane -- P.O. Box 5517
Texarkana, Texas 75505-5517
Phone:        (903) 792-8246
Fax:    (903) 792-5801
E-mail: dchambers@arwhlaw.com


J/ Dennis Chambers
TX Bar No.  04073800

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned counsel of record for Defendants, hereby certifies that they have forwarded to Plaintiff's Counsel, a true and correct copy of the attached THIRD PARTY COMPLAINT via certified mail, return receipt requested, and all other counsel of record via regular mail on this 13th day of March, 2002.

James N. Haltom
PATTON, HALTOM, ROBERTS,
  McWILLIAMS & GREER
2900 St. Michael Drive, Suite 400
Texarkana, Texas 75503

Mr. Michael Angelovich
NIX, PATTERSON & ROACH
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503

J. Dennis Chambers