IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

FILED-CLERK
U.S. DISTRICT COURT
02 DEC -3 PM 4: 47
TEXAS-EASTERN
BY_____

| | |
|---|---|
| JUNE ANN EWING, INDIVIDUALLY § <br> and as Executrix of the Estate of § <br> BARRY KEITH EWING, § <br> JUSTIN THOMAS EWING, INDIVIDUALLY, § <br> and JORDAN LINLEY EWING, § <br> Individually § <br> § <br> vs § <br> § <br> CUSTOM CONCRETE PUMPING § <br> COMPANY, LLC and CUSTOM § <br> CONCRETE, INC. § | CIVIL ACTION NO. 5:02CV004 |

## AGREED ORDER OF DISMISSAL
## OF THIRD-PARTY COMPLAINT

The Court, having been informed of the consent of the parties hereto, hereby orders that the claims of Defendants and Third-Party Plaintiffs Custom Concrete Pumping Company, L.L.C., and Custom Concrete, Inc., as to Third-Party Defendants Richard Powell, Individually and d/b/a Powell Exxon Burger King and Road-Way Food Mart, Inc., are dismissed with prejudice to the rights of Defendants and Third-Party Plaintiffs to re-file same. Costs are taxed against the party incurring them.

It is so ORDERED this 2nd day of Dec~~ember~~, 2002.



DAVID FOLSOM, U.S. District Judge



**APPROVED**:

*/s/ Winford L. Dunn*
Winford L. Dunn, Jr.
DUNN, NUTTER, & MORGAN, LLP
State Line Plaza, Box 8030
Texarkana, Arkansas 71854-5943

*/s/ Dennis Chambers (by permission)*
J. Dennis Chambers
ATCHLEY, RUSSELL, WALDROP
   & HLAVINKA, LLP
1710 Moores Lane - PO Box 5517
Texarkana, Texas 75505-5517

ATTORNEY FOR DEFENDANTS
CUSTOM CONCRETE PUMPING

COMPANY, LLC and CUSTOM CONCRETE, INC.