FILED-CLERK
U.S. DISTRICT COURT
02 DEC -3 PM 4: 47
TEXAS-EASTERN
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JUNE ANN EWING, INDIVIDUALLY and as Executrix of the Estate of BARRY KEITH EWING, JUSTIN THOMAS EWING, INDIVIDUALLY, and JORDAN LINLEY EWING, Individually | § § § § § § § | |
| vs | § § | CIVIL ACTION NO. 5:02CV004 |
| CUSTOM CONCRETE PUMPING COMPANY, LLC and CUSTOM CONCRETE, INC. | § § § § | |

### AGREED ORDER OF DISMISSAL

The Court, having been informed of the consent of the parties hereto, hereby orders that this case is dismissed with prejudice to the rights of Plaintiffs to refile same. Costs are taxed against the party incurring them.

It is so ORDERED this ___2nd___ day of ~~November~~ Dec. 2002.

_____
DAVID FOLSOM, U.S. District Judge

**APPROVED:**

_Jim Haltom by permission JNH_
James N. Haltom
PATTON, HALTOM, ROBERTS,
    McWILLIAMS, & GREER
2900 St. Michael Drive, Suite 400
Texarkana, Texas 75503

ATTORNEYS FOR PLAINTIFFS

JUNE ANN EWING, Individually and as
EXECUTRIX OF THE ESTATE OF
BARRY KEITH EWING and
JORDAN LINLEY EWING

_____
Michael Angelovich
NIX, PATTERSON, & ROACH
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503

ATTORNEY FOR PLAINTIFF
JUSTIN THOMAS EWING

_____
David Potter
901 North State Line Avenue
Texarkana, Texas 75501

ATTORNEY FOR PLAINTIFFS
GILBERT AND BETTY EWING

_____
Winford L. Dunn, Jr.
DUNN, NUTTER, & MORGAN, LLP
State Line Plaza, Box 8030
Texarkana, Arkansas 71854-5943


_____ by permission
J. Dennis Chambers
ATCHLEY, RUSSELL, WALDROP
    & HLAVINKA, LLP
1710 Moores Lane - PO Box 5517
Texarkana, Texas 75505-5517

ATTORNEY FOR DEFENDANTS
CUSTOM CONCRETE PUMPING
COMPANY, LLC and CUSTOM CONCRETE, INC.